# UNITED STATES DISTRICT COURT

for the

District of New Jersey

UNITED STATES OF AMERICA

*Plaintiff*

v.

DUVAL MOORE

*Defendant*

Case No.   20-14012(ZNQ)

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ____4th____ day of __May_____, 2020,

ORDERED that _Lisa Van Hoeck_____from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

_____